McGREGOR W. SCOTT
United States Attorney
RICHARD J. BENDER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2731

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>HERIBERTO OROZCO,<br><br>        Defendant. | CASE NO. 2:07-cr-00173 MCE |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>MARTIN ZAVALA CASTRO,<br><br>        Defendant. | CASE NO. 2:07-cr-00174 MCE |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>RICARDO MADRIGAL,<br><br>        Defendant. | CASE NO. 2:07-cr-00175 MCE |

**STIPULATION SETTING STATUS CONFERENCE**
**IN RELATED CASES**

1

It is hereby stipulated by defendants Martin Zavala Castro and Ricardo Madrigal, and by the United States, through their undersigned attorneys, that a joint status conference be held on July 19, 2007, at 9:00 a.m., along with the previously scheduled status conference as to defendant Heriberto Orozco (with whom the cases have been related for pretrial matters).  It is also agreed that the time between the date that this order is signed and July 19, 2007, be excluded from the calculation of time under the Speedy Trial Act, pursuant to the exclusion contained in 18 U.S.C. § 3161(h)(8)(b)(iv) (reasonable time necessary for effective preparation of counsel), to allow defense counsel time to review, and to go through with their clients, the discovery, which is particularly voluminous as to defendant Madrigal.

Dated: May 29, 2007

        McGREGOR W. SCOTT
        U.S. Attorney

        by   /s/ Richard J. Bender
             RICHARD J. BENDER
             Assistant U.S. Attorney

Dated: May 29, 2007

        /s/ Linda Harter
        LINDA HARTER
        Attorney for Defendant Ricardo Madrigal

Dated: May 29, 2007

        /s/ Dina Santos
        DINA SANTOS
        Attorney for Defendant Zavala Castro

**ORDER**

IT IS SO ORDERED.

Dated:  May 29, 2007

        MORRISON C. ENGLAND, JR.
        UNITED STATES DISTRICT JUDGE